2859.   WRIGHT *v.* THE STATE.

HILL, C. J.   The exceptions as to alleged errors of law are wholly without merit, and the verdict is supported by the evidence.

*Judgment affirmed.*

DECIDED OCTOBER 14, 1910.

Accusation of misdemeanor; from city court of Covington—Judge Whaley.   July 23, 1910.

*Middlebrook, Rogers & Knox,* for plaintiff in error.

*R. W. Milner, solicitor,* contra.